NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos.  21-10274 |
| | 21-10275 |
| Plaintiff-Appellee, | |
| | |
| v. | D.C. Nos. 2:17-cr-00434-GMS-1 |
| | 2:21-cr-00362-GMS-1 |
| ISAI CURIEL-PERALES, AKA Isaia | |
| Curiel-Perales, AKA Isai Leivas Alvarez, | MEMORANDUM* |
| AKA Victor Soto-Soto, | |
| | |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted August 17, 2022**

Before:    S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

In these consolidated appeals, Isai Curiel-Perales appeals from his guilty-plea conviction and 41-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the revocation of his supervised release and consecutive 12-month sentence imposed upon revocation.  Pursuant to *Anders v. California*,

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Curiel-Perales's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Curiel-Perales the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

In Appeal No. 21-10275, Curiel-Perales waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss this appeal. *See id.* at 988.

In Appeal No. 21-10274, our independent review of the record under *Penson* discloses no arguable grounds for relief on direct appeal as to the revocation of supervised release or the disposition. We accordingly affirm this appeal.

Counsel's motion to withdraw is **GRANTED.**

**APPEAL NO. 21-10274 AFFIRMED.**

**APPEAL NO. 21-10275 DISMISSED.**